UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA LEVY,

                Plaintiff,

      -v-

MACY'S INC., *et al.*,

                Defendants.

21-CV-10956 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant New York & Company Stores, Inc. was served on January 5, 2022; Defendant Experian Information Services, LLC was served on December 30, 2021; and Defendant Equifax Information Services, LLC was served on December 28, 2021.  However, no response to the complaint has been filed in the allotted time and Plaintiff has not moved for a default judgment against any of these Defendants.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.  If Plaintiff fails by April 26, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on the remaining Defendants.

    SO ORDERED.

Dated: April 13, 2022
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge