UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANA LEVY,

                 Plaintiff,

       -v-

MACY'S INC., *et al.*,

                Defendants.

21-CV-10956 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court has been informed that Plaintiff Ana Levy and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED as to Equifax without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates as to Equifax are adjourned *sine die*.

    SO ORDERED.

Dated: April 15, 2022
       New York, New York

                                          J. PAUL OETKEN
                                        United States District Judge