UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA LEVY,<br><br>                      Plaintiff,<br><br>-v-<br><br>MACY'S INC., *et al.*,<br><br>                      Defendants. | 21-CV-10956 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    The Court has been informed that Plaintiff Ana Levy and Defendants Experian Information Solutions, LLC ("Experian") and Equifax Information Services, LLC ("Equifax") have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action as to Experian and Equifax is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates as to Experian and Equifax are adjourned *sine die*.

    SO ORDERED.

Dated: May 12, 2022
       New York, New York

                                                          J. PAUL OETKEN
                                                          United States District Judge